Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: eswanson@smhlegal.com
Attorneys for Defendant PAMELA YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PAMELA MOE MOE YEE,<br><br>　　　　　Defendant. | Case No. CR 06-0594 MMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT**<br> AND ORDER THEREON |

TO:　　KEVIN V. RYAN, UNITED STATES ATTORNEY AND TO ROBIN HARRIS, ASSISTANT UNITED STATES ATTORNEY, AND TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that, by the filing of this Notice of Substitution of Counsel for Defendant (hereinafter, "Notice of Substitution"), defendant Pamela Yee hereby substitutes Edward W. Swanson as counsel in place of Mary McNamara for all proceedings in the above-referenced matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  By this Notice of Substitution, Edward Swanson hereby requests that all future court filings and
2  items of correspondence be mailed to him at his address, as listed in the caption.

4  Dated: October 30, 2006       Respectfully submitted,

                                  /s/
                                 EDWARD W. SWANSON
                                 SWANSON, McNAMARA & HALLER LLP
                                 Attorneys for PAMELA YEE

   I agree to this substitution.

10 Dated: October 30, 2006       Respectfully submitted,

                                  /s/
                                 MARY McNAMARA
                                 SWANSON, McNAMARA & HALLER LLP
                                 Attorneys for PAMELA YEE

20 Dated: October 31, 2006

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA