1  Edward W. Swanson, SBN 159859
   SWANSON McNAMARA & HALLER LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorneys for PAMELA YEE
5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 06 CR 0594-MMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER WAIVING DEFENDANT'S APPEARANCE** |
| vs. | |
| PAMELA MOE MOE YEE, | Date: November 8, 2006 |
| Defendant. | Time: 2:30 p.m. |
| | Court: Hon. Maxine M. Chesney |

**STIPULATION**

Defendant Pamela Yee, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Robin Harris, hereby stipulate and agree as follows:

1. A status conference in the above-referenced matter is scheduled before this Court on November 8, 2006. The parties anticipate that a request to continue this matter will be made on that date.

/ / /

/ / /

/ / /

/ / /

/ / /

2. Because Ms. Yee lives in New York, because her appearance for the hearing would interfere with her work schedule, and because her presence is not necessary, the parties agree that Ms. Yee's appearance should be waived for the hearing on November 8, 2006.

IT IS SO STIPULATED.

Dated: November 2, 2006

/s/
EDWARD W. SWANSON
Swanson McNamara & Haller LLP
Attorneys for PAMELA YEE

Dated: November 2, 2006

/s/
ROBIN HARRIS
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 3, 2006

Honorable Maxine M. Chesney
United States District Judge

2