Edward W. Swanson, SBN 159859
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for PAMELA YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>   vs.<br><br>PAMELA MOE MOE YEE,<br><br>                       Defendant. | Case No. 06 CR 0594-MMC<br><br>**STIPULATION AND ORDER WAIVING DEFENDANT'S APPEARANCE**<br><br>Date:  December 6, 2006<br>Time:  2:30 p.m.<br>Court: Hon. Maxine M. Chesney |

**STIPULATION**

Defendant Pamela Yee, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Robin Harris, hereby stipulate and agree as follows:

1. A status and scheduling conference in the above-referenced matter is scheduled before this Court on December 6, 2006. On that date, the parties expect to request a continuance to allow defense counsel to complete discovery and investigation and to allow the parties to discuss a resolution to this case.

/ / /

/ / /

/ / /

/ / /

/ / /

2. Because Ms. Yee lives in New York, because her appearance for the hearing would interfere with her work schedule, and because her presence is not necessary, the parties agree that Ms. Yee's appearance should be waived for the hearing on December 6, 2006.

IT IS SO STIPULATED.

Dated: November 30, 2006
/s/
EDWARD W. SWANSON
Swanson McNamara & Haller LLP
Attorneys for PAMELA YEE

Dated: December 1, 2006
/s/
ROBIN HARRIS
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS ]SO ORDERED.

Dated: December 4, 2006
Honorable Maxine M. Chesney
United States District Judge

2