1  Edward W. Swanson, SBN 159859
   SWANSON McNAMARA & HALLER LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorneys for PAMELA YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 06 CR 0594-MMC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL TO MARYLAND AND WAIVING DEFENDANT'S APPEARANCE** |
| vs. | |
| PAMELA MOE MOE YEE, | |
| Defendant. | Date: January 31, 2007<br>Time: 2:30 p.m.<br>Court: Hon. Maxine M. Chesney |

**STIPULATION**

Defendant Pamela Yee, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Robin Harris, hereby stipulate and agree as follows:

1.  Ms. Yee is a resident physician in Queens, New York. She is in the process of applying for fellowships in geriatric medicine and has been invited to interview at the University of Maryland on Friday, January 26. The parties agree to a modification of Ms. Yee's release conditions to permit travel to Baltimore, Maryland on January 26 through January 28, 2007.

2.  Pretrial Services Officers Desiree Melendez (in New York) and Allen Lew have no objections to the proposed modification on the condition that Ms. Yee notify Ms. Melendez as to her itinerary for the trip.

3. A status and scheduling conference in the above-referenced matter is scheduled before this Court on January 31, 2007. Because Ms. Yee lives in New York, because her appearance for the hearing would interfere with her work schedule, and because her presence is not necessary, the parties agree that Ms. Yee's appearance should be waived for the hearing on January 31, 2007.

IT IS SO STIPULATED.

Dated: January 23, 2007

/s/
EDWARD W. SWANSON
Swanson McNamara & Haller LLP
Attorneys for PAMELA YEE

Dated: January 23, 2007

/s/
ROBIN HARRIS
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  January 24, 2007

Honorable Maxine M. Chesney
United States District Judge