Edward W. Swanson, SBN 159859
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for PAMELA YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>   vs.<br><br>PAMELA MOE MOE YEE,<br><br>                      Defendant. | Case No. 06 CR 0594-MMC<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL TO MARYLAND** |

**STIPULATION**

Defendant Pamela Yee, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Robin Harris, hereby stipulate and agree as follows:

1. Defendant Pamela Yee works and resides in New York, NY. The Court previously issued an order modifying her release conditions to permit travel to Baltimore, Maryland, for a job interview from January 26 through January 28, 2007. The Court also waived Ms. Yee's appearance at the next-scheduled hearing in this matter, January 31, 2007.

2. The University of Maryland has had to reschedule Ms. Yee's job interview. Ms. Yee believes the interview will take place on Wednesday, January 31, but has informed her counsel that the University of Maryland may need to reschedule the interview again for the following week. Ms. Yee believes the interview will take place no later than during the week of February 12, 2007.

3. The parties thus agree to a modification of Ms. Yee's release conditions to permit her to

1 make one trip of no more than four days to Baltimore, Maryland during the time between Monday,
2 January 29, 2007 and Sunday, February 18, 2007. The parties agree that Ms. Yee will inform pretrial
3 services of the exact dates for her travel as soon as possible and in any event before leaving New York.
4     4.    Pretrial Services Officers Desiree Melendez (in New York) and Allen Lew have no
5 objections to the proposed modification.

7     IT IS SO STIPULATED.

Dated: January 30, 2007          /s/
        EDWARD W. SWANSON
        Swanson McNamara & Haller LLP
        Attorneys for PAMELA YEE

Dated: January 30, 2007          /s/
        ROBIN HARRIS
        Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 30, 2007          _/s/ Maxine M. Chesney_
        Honorable Maxine M. Chesney
        United States District Judge