Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for PAMELA YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>    vs.<br><br>PAMELA MOE MOE YEE,<br><br>            Defendant. | Case No. 06 CR 0594-MMC<br><br>**STIPULATION AND ORDER AUTHORIZING RELEASE OF DEFENDANT YEE'S GREEN CARD** |

**STIPULATION**

Defendant Pamela Yee, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Robin Harris, hereby stipulate and agree as follows:

1. Defendant Pamela Yee's green card was seized when she was arrested in connection with the above-captioned matter. Her green card is currently being held by pretrial services in New York, NY, where Ms. Yee resides.

2. Ms. Yee needs her green card as proof of her date of birth in order to renew her New York state driver's license. Furthermore, Ms. Yee anticipates beginning a new job in the near future, which will also require that she have her green card.

3. Pretrial service officers Allen Lew, in San Francisco, and Donna Mackey, in New York, have no objection to returning the green card to Ms. Yee.

4. The parties therefore agree that the Court should issue an order authorizing the return of Ms. Yee's green card.

IT IS SO STIPULATED.

Dated: March 22, 2007

/s/
EDWARD W. SWANSON
Swanson McNamara & Haller LLP
Attorneys for PAMELA YEE

Dated: March 22, 2007

/s/
ROBIN HARRIS
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 26, 2007

Honorable Maxine M. Chesney
United States District Judge