1   Edward W. Swanson, SBN 159859
    August Gugelmann, SBN 240544
2   SWANSON McNAMARA & HALLER LLP
    300 Montgomery Street, Suite 1100
3   San Francisco, California 94104
    Telephone: (415) 477-3800
4   Facsimile: (415) 477-9010

5   Attorneys for PAMELA YEE

6

7

8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,                    Case No. 06 CR 0594-MMC

13                              Plaintiff,        **STIPULATION AND [PROPOSED]**
              vs.                                 **ORDER MODIFYING CONDITIONS OF**
                                                  **PRETRIAL RELEASE TO PERMIT**
14   PAMELA MOE MOE YEE,                          **TRAVEL TO MARYLAND AND NEW**
                                                  **JERSEY**
15                              Defendant.

16

17                                **STIPULATION**

18         Defendant Pamela Yee, by and through Edward W. Swanson, and the United States, by and

19   through Assistant United States Attorney Robin Harris, hereby stipulate and agree as follows:

20         1.      Defendant Pamela Yee works and resides in New York, NY; she is attempting to secure

21   employment in Baltimore, Maryland.  The Court previously issued orders modifying her release

22   conditions to permit travel to Baltimore, Maryland, for job interviews; Ms. Yee now needs to travel to

23   Baltimore to seek housing and otherwise to arrange to move there.  The parties agree that her release

24   conditions should be modified to permit travel to Baltimore, provided Ms. Yee notifies pretrial services

25   in advance of each trip.

26         2.      The parties further agree to a modification of Ms. Yee's release conditions to permit her

27   to travel to Secaucus, New Jersey, on June 11 and again on July 16 to attend a test prep course.

1    4.    Pretrial Services Officers Donna Mackie (in New York) and Allen Lew have no

2 objections to the proposed modification.

3    IT IS SO STIPULATED.

4

Dated:  May 7, 2007                                       /s/
5                                                    EDWARD W. SWANSON
                                                    Swanson McNamara & Haller LLP
6                                                    Attorneys for PAMELA YEE

7

Dated:  May 8, 2007                                       /s/
8                                                    ROBIN HARRIS
                                                    Assistant United States Attorney

9

10

11

12
                                    **ORDER**
13
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
14

15

Dated:   May 9, 2007
16                                                    Honorable Maxine M. Chesney
                                                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27
                                        2