Edward W. Swanson, SBN 159859
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for PAMELA YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    vs.<br><br>PAMELA MOE MOE YEE,<br><br>        Defendant. | Case No. 06 CR 0594-MMC<br><br>**STIPULATION AND ORDER WAIVING DEFENDANT'S APPEARANCE**<br><br>Date:   August 1, 2007<br>Time:  2:30 p.m.<br>Court: Hon. Maxine M. Chesney |

**STIPULATION**

Defendant Pamela Yee, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Robin Harris, hereby stipulate and agree as follows:

1.      Ms. Yee is scheduled to appear before this Court for scheduling and status on August 1, 2007. The parties are attempting to reach a resolution in this matter, and to that end have had numerous conversations and have exchanged documents regarding the case. However, due to the unavailability of government agents assigned to this case, the parties do not anticipate reaching a resolution before the next scheduled court date. Thus, the parties agree that Ms. Yee's presence at the next appearance is not necessary.

//

//

//

1      2.    Because Ms. Yee resides out of state, because her appearance for the hearing would interfere with her work schedule, and because her presence is not necessary, the parties agree that Ms. Yee's appearance should be waived for the hearing on August 1, 2007.

IT IS SO STIPULATED.

Dated: July 27, 2007                        /s/
                                           EDWARD W. SWANSON
                                           Swanson McNamara & Haller LLP
                                           Attorneys for PAMELA YEE

Dated: July 27, 2007                        /s/
                                           ROBIN HARRIS
                                           Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  July 30, 2007                    *[signature]*
                                           Honorable Maxine M. Chesney
                                           United States District Judge