Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for PAMELA YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br>PAMELA MOE MOE YEE,<br><br>　　　　　　　　Defendant. | Case No. 06 CR 0594-MMC<br><br>**STIPULATION; ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL TO WASHINGTON, D.C.** |

**STIPULATION**

Defendant Pamela Yee, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Robin Harris, hereby stipulate and agree as follows:

1. Defendant Pamela Yee works and resides in Baltimore, MD. As a physician, she periodically must attend Continuing Medical Education ("CME") classes. Some CME classes are held in Washington, D.C.

2. The parties agree to a modification of Dr. Yee's release conditions to permit her to travel to Washington, D.C. for the purpose of attending CME classes. The parties agree that Ms. Yee will contact her pretrial services officer prior to each trip.

/ / /

/ / /

/ / /

3. Pretrial Services Officers Tracy Schrum (in Maryland) and Allen Lew have no objections to the proposed modification.

IT IS SO STIPULATED.

Dated: August 13, 2007

/s/
EDWARD W. SWANSON
Swanson McNamara & Haller LLP
Attorneys for PAMELA YEE

Dated: August 13, 2007

/s/
ROBIN HARRIS
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 14, 2007

Honorable Maxine M. Chesney
United States District Judge