Edward W. Swanson, SBN 159859
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for PAMELA YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>    vs.<br>PAMELA MOE MOE YEE,<br><br>                      Defendant. | Case No. CR 06-0594 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER WAIVING DEFENDANT'S APPEARANCE**<br><br>Date: February 27, 2008<br>Time: 2:30 p.m.<br>Court: Hon. Maxine M. Chesney |

**STIPULATION**

Defendant Pamela Yee, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Robin Harris, hereby stipulate and agree as follows:

1. A status and scheduling conference in the above-referenced matter is scheduled before this Court on February 27, 2008.

2. The government anticipates changes of pleas from Dr. Yee's co-defendants on February 27, 2008. Following changes of pleas in Dr. Yee's co-defendants' cases, the parties expect to resolve Dr. Yee's case expeditiously. However, the parties do not anticipate any resolution to Dr. Yee's case at or before the February 27 appearance.

///

///

///

3. Because Dr. Yee lives and works in Maryland, because her appearance at the hearing would interfere with her work schedule, and because her presence is not necessary, the parties agree that Dr. Yee's appearance should be waived for the hearing on February 27.

IT IS SO STIPULATED.

Dated: February 20, 2008

/s/
EDWARD W. SWANSON
Swanson McNamara & Haller LLP
Attorneys for PAMELA YEE

Dated: February 20, 2008

/s/
ROBIN HARRIS
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 21, 2008

_____
Honorable Maxine M. Chesney
United States District Judge