Edward W. Swanson, SBN 159859
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for PAMELA YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>    vs.<br><br>PAMELA MOE MOE YEE,<br><br>                      Defendant. | Case No. CR 06-0594 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER** ~~WAIVING DEFENDANT'S APPEARANCE~~ **OF CONTINUANCE TO APRIL 30, 2008**<br><br>Date: April 9, 2008<br>Time: 2:30 p.m.<br>Court: Hon. Maxine M. Chesney |

**STIPULATION**

Defendant Pamela Yee, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Robin Harris, hereby stipulate and agree as follows:

1. Dr. Yee is scheduled to appear before the Court on April 9, 2008 at 2:30 p.m.

2. The parties request that the April 9 date be continued for approximately two weeks to permit counsel to finalize negotiations in this matter. The parties anticipate that Dr. Yee will enter a change of plea at that time; in the alternative, the parties will seek a trial date.

3. To accommodate counsels' schedules, the parties respectfully request a special setting in this matter. The parties request that the matter be set for 2:30 p.m. on April 25, 2008.

/ / /

/ / /

/ / /

4. The parties further agree that time should be excluded from April 9, 2008 until and including April 25, 2008 pursuant to 18 U.S.C. § 3161(h)(8) due to the complexity of this case and to allow effective preparation of counsel. The parties agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: April 4, 2008

          /s/
EDWARD W. SWANSON
Swanson McNamara & Haller LLP
Attorneys for PAMELA YEE

Dated: April 4, 2008

          /s/
ROBIN HARRIS
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the matter is continued to April 30, 2008 at 2:30 p.m. Time is excluded from April 9, 2008 until and including April ~~25~~ 30, 2008 pursuant to 18 U.S.C. § 3161(h)(8) due to the complexity of this case and to allow effective preparation of counsel. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: April 7, 2008

          _/s/ Maxine M. Chesney_
Honorable Maxine M. Chesney
United States District Judge

STIPULATION CONTINUING HEARING DATE
*United States v. Yee*, CR 06-0594 MMC       2