Edward W. Swanson, SBN 159859
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for PAMELA YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>PAMELA MOE MOE YEE,<br><br>                Defendant. | Case No. CR 06-0594 MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING HEARING**<br><br>Date:  April 30, 2008<br>Time: 2:30 p.m.<br>Court: Hon. Maxine M. Chesney |

**STIPULATION**

Defendant Pamela Yee, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Robin Harris, hereby stipulate and agree as follows:

1. Dr. Yee was previously scheduled to appear before the Court on April 9, 2008 at 2:30 p.m. On April 4, 2008, the parties filed a stipulation seeking to continue the matter to April 25, 2008 to permit counsel to finalize negotiations in this matter. On April 7, the Court continued the hearing to April 30, 2008.

2. Counsel for Dr. Yee is not available on April 30 due to a previously-scheduled evidentiary hearing before Judge James Ware. To accommodate counsels' schedules and to permit the parties to finalize settlement negotiations, the parties request that the matter be set for 2:30 p.m. on May 14, 2008. The parties anticipate that Dr. Yee will enter a change of plea at that time; in the alternative, the parties will seek a trial date.

4. The parties further agree that time should be excluded until and including May 14, 2008 pursuant to 18 U.S.C. § 3161(h)(8) due to the complexity of this case and to allow effective preparation of counsel. The parties agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: April 7, 2008

/s/
EDWARD W. SWANSON
Swanson McNamara & Haller LLP
Attorneys for PAMELA YEE

Dated: April 7, 2008

/s/
ROBIN HARRIS
Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Time is excluded until and including May 14, 2008 pursuant to 18 U.S.C. § 3161(h)(8) due to the complexity of this case and to allow effective preparation of counsel. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: April 8, 2008

*[signature]*
Honorable Maxine M. Chesney
United States District Judge