Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for PAMELA YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>         vs.<br><br>PAMELA MOE MOE YEE,<br><br>                      Defendant. | Case No. CR 06-0594 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL TO THE EASTERN DISTRICT OF VIRGINIA AND THE DISTRICT OF COLUMBIA** |

**STIPULATION**

Defendant Pamela Yee, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Robin Harris, hereby stipulate and agree as follows:

1.   Defendant Pamela Yee works and resides in Baltimore, MD.  She is a resident physician currently seeking a permanent position.  For professional and personal reasons, she is frequently required to travel from Baltimore to Virginia and the District of Columbia.

2.   The parties agree to a modification of Dr. Yee's release conditions to permit her to travel to the Eastern District of Virginia and to the District of Columbia, provided Dr. Yee contacts pretrial services prior to each trip.

/ / /
/ / /
/ / /
/ / /
/ / /

3.      Pretrial Services Officers Tracy Schrum (in Maryland) and Allen Lew (in San Francisco) have no objections to the proposed modifications.

IT IS SO STIPULATED.

Dated: April 9, 2008

/s/
EDWARD W. SWANSON
Swanson McNamara & Haller LLP
Attorneys for PAMELA YEE

Dated: April 9, 2008

/s/
ROBIN HARRIS
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 10, 2008

Honorable Maxine M. Chesney
United States District Judge

**STIP. AND ORDER MODIFYING RELEASE CONDITIONS**
*United States v. Yee*, CR 06-0594 MMC                    2