Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for PAMELA YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>    vs.<br><br>PAMELA MOE MOE YEE,<br><br>                        Defendant. | Case No. CR 06-0594 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL** |

**STIPULATION**

Defendant Pamela Yee, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Peter Axelrod, hereby stipulate and agree as follows:

1. Defendant Pamela Yee works and resides in Baltimore, Maryland.

2. The parties agree to a modification of Dr. Yee's release conditions to permit her to travel to Gettysburg, Pennsylvania from June 20 to June 21, 2008.

3. The parties further agree to a modification of Dr. Yee's release conditions to permit her to travel for her honeymoon from July 7 through July 11 to Myrtle Beach, South Carolina. Because she will be driving, Dr. Yee will travel through the District of Columbia, Virginia, North Carolina, and South Carolina. (The Court previously modified Dr. Yee's release conditions to permit travel to the District of Columbia and the Eastern District of Virginia.)

/ / /

/ / /

4. The parties further agreed to a modification of Dr. Yee's release conditions to permit her to travel to Chicago, Illinois for the annual meeting of the North American Burmese Medical Association (BMA-NA) from July 31 to August 3, 2008.

5. Pretrial Services Officers Tracy Schrum (in Maryland) and Allen Lew (in San Francisco) have no objections to the proposed modifications.

IT IS SO STIPULATED.

Dated:  June 16, 2008

/s/
EDWARD W. SWANSON
Swanson McNamara & Haller LLP
Attorneys for PAMELA YEE

Dated: June 16, 2008

/s/
PETER AXELROD
Assistant United States Attorney

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 17, 2008

Honorable Maxine M. Chesney
United States District Judge