1 | Edward W. Swanson, SBN 159859
SWANSON McNAMARA & HALLER LLP
2 | 300 Montgomery Street, Suite 1100
San Francisco, California 94104
3 | Telephone: (415) 477-3800
Facsimile: (415) 477-9010
4 |
Attorneys for PAMELA YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 06 CR 0594-MMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO PERMIT** |
| PAMELA MOE MOE YEE, | **TRAVEL TO ~~MARYLAND~~ DELAWARE** |
| Defendant. | |

### STIPULATION

Defendant Pamela Yee, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Robin Harris, hereby stipulate and agree as follows:

1. Defendant Pamela Yee works and resides in Baltimore, Maryland.

2. Dr. Yee is expecting visitors to arrive either on July 24 or July 26, 2008. These visitors will be flying into Wilmington, Delaware. The parties agree to a modification of Dr. Yee's release conditions to permit her to travel to Delaware to pick up these visitors when they arrive either on July 24 or July 26, 2008.

///

///

///

///

3.  Pretrial Services Officers Tracy Schrum (in Maryland) and Allen Lew (in San Francisco) have no objections to the proposed modifications.

IT IS SO STIPULATED.

Dated: July 22, 2008

        /s/
EDWARD W. SWANSON
Swanson McNamara & Haller LLP
Attorneys for PAMELA YEE

Dated: July 22, 2008

        /s/
ROBIN HARRIS
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 23, 2008

Honorable Maxine M. Chesney
United States District Judge

STIP. AND ORDER MODIFYING RELEASE CONDITIONS
*United States v. Yee*, CR 06-0594 MMC      2